UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PATRICIA WADDELL, individually and as Personal Representative of the Estate of Nathan Waddell,

    Plaintiff,

v.

CASH & CARRY STORES, LLC, et al.,

    Defendants.

C16-1937 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's unopposed motion for leave to amend and join Custom Cooler, Inc. as a defendant, docket no. 7, is GRANTED. Plaintiff shall electronically file her amended complaint within seven (7) days of the date of this Minute Order.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of April, 2017.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1