UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PATRICIA WADDELL, individually and as Personal Representative of the Estate of Nathan Waddell,

Plaintiff,

v.

CASH & CARRY STORES, LLC, et al.,

Defendants.

C16-1937 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 19, to continue the trial date and related deadlines is GRANTED as follows:

| **JURY TRIAL DATE (5-8 days)** | **September 10, 2018** |
|---|---|
| Deadline for amending pleadings | February 20, 2018 |
| Disclosure of expert testimony | February 20, 2018 |
| Discovery motions filing deadline | April 12, 2018 |
| Discovery completion deadline | May 21, 2018 |

MINUTE ORDER - 1

| | |
|---|---|
| Dispositive motions filing deadline | May 31, 2018 |
| Motions in limine filing deadline | August 2, 2018 |
| Agreed pretrial order due | August 17, 2018 |
| Trial briefs, proposed voir dire questions, and jury instructions due | August 17, 2018 |
| Pretrial conference | August 24, 2018 at 2:00 p.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 6, shall remain in full force and effect.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of October, 2017.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk