UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PATRICIA WADDELL, individually
and as Personal Representative of the
Estate of Nathan Waddell,

    Plaintiff,

 v.

CASH & CARRY STORES, LLC,
et al.,

    Defendants.

C16-1937 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion for extension, docket no. 32, is GRANTED as follows. The deadline for disclosure of expert testimony is CONTINUED to April 20, 2018. All other dates and deadlines set forth in the Minute Order Setting Trial Date and Related Dates, docket no. 6, as amended by the Minute Order entered October 13, 2017, docket no. 20, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of February, 2018.

            William M. McCool
            Clerk

            s/Karen Dews
            Deputy Clerk

MINUTE ORDER - 1