UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PATRICIA WADDELL, individually and as Personal Representative of the Estate of Nathan Waddell,

Plaintiff,

v.

CASH & CARRY STORES LLC, et al.,

Defendants.

C16-1937 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court SETS oral argument on Defendant/Third-Party Plaintiff Custom Cooler, Inc.'s Motion for Partial Summary Judgment, docket no. 41, for Friday, July 27, 2018, at 10:00 a.m.

(2) The parties are ORDERED to engage in mediation pursuant to Local Civil Rule 39.1(c) prior to July 27, 2018.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of June, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1