UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PATRICIA WADDELL,

        Plaintiff,

  v.

CASH & CARRY STORES LLC, et al.

        Defendants.

C16-1937 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Oral argument in connection with Defendant Cash & Carry/Smart & Final's Motion to Strike Opinions of Gary Schuster, MD, docket no. 52, will also be held on July 27, 2018, at 10:00 a.m.

(2) Counsel for defendants are DIRECTED to deliver to chambers by noon on Friday, June 29, 2018, a copy of the entire Schuster Expert Report and a copy of the complete deposition of Gary Schuster, MD.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of June, 2018.

                          William M. McCool
                          Clerk

                          s/Karen Dews
                          Deputy Clerk

MINUTE ORDER - 1